**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-22247-CIV-GOODMAN**
**[CONSENT CASE]**

MARIA STATHIS,

    Plaintiff,

v.

DUFFY'S OF NORTH MIAMI BEACH INC.,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**
**<u>APPROVING SETTLEMENT AGREEMENT</u>**

**THIS CAUSE** came before the Court on Magistrate Judge O'Sullivan's Report and Recommendations Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice [ECF No. 29], entered on September 21, 2020.

The parties seek approval of their Settlement Agreement, which includes a provision for the award of attorney's fees and costs. *Id.* at p. 2. The Report recommends the Court find "that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes." *Id*. The Report also recommends the Court dismiss the case with prejudice and "retain jurisdiction until November 13, 2020 to enforce the terms of the settlement." *Id.* (bold omitted). The parties did not object to the Report. The Court agrees with the Report's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendations on FLSA Settlement [ECF No. 29] is **ADOPTED**.

2. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

3. All pending motions are **DENIED as moot**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE and ORDERED** in Chambers, in Miami, Florida, on September 29, 2020.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All Counsel of Record